JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER L. R., | ) NO. 2:24-CV-02984-KS |
| Plaintiff, | ) |
| | ) |
| | ) JUDGMENT |
| v. | ) |
| | ) |
| MARTIN O'MALLEY, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |
| _____ | ) |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED, and the above-captioned action is remanded to the Social Security Administration for further proceedings consistent with, but not limited to, the Court's Memorandum Opinion and Order.

DATED: September 26, 2024

_____
HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE